IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLAUDELL L. MACK, et al.,        ) | |
|           Plaintiffs,        ) | |
| v.        ) | CIVIL ACTION NO. |
|                   ) | 04-0307-BH-B |
| ST MOBILE AEROSPACE        ) | |
| ENGINEERING, INC.,        ) | |
|           Defendant.        ) | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendant, ST Mobile Aerospace Engineering, Inc., and against the plaintiffs, Claudell L. Mack, Theodore Carthen, Jon Keith George, Earl J. Mallory, Clarence McDonald III, and Damon Wayne, the plaintiffs to have and recover nothing of the defendant. Costs are taxed against the plaintiffs.

**DONE** this 26th day of July, 2005.

                                                                           s/ W. B. Hand
                                                                         SENIOR DISTRICT JUDGE